JS - 6

UNITED STATES DISTRICT COURT

| | |
|---|---|
| MILICA MARKOVICH, | ) CASE NO. |
| Plaintiff, | ) CV09-06041 DDP (VBKx) |
| v. | ) ORDER OF DISMISSAL WITH PREJUDICE |
| CREDIT BUREAU COLLECTION SERVICES, INC. | ) |
| Defendant. | ) |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed R. Civ. P. 41(a)(1), that above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: December 21, 2009

_____
The Honorable Judge
Dean D. Pregerson
United States District Judge

LEWIS BRISBOIS

4840-6663-3988.1            -1-